THIRD DEPARTMENT, SEPTEMBER, 1985

(September 3, 1985)

■ In the Matter of BETTY O. MUKA, Petitioner, v JOHN H. LIVINGSTON, as Probate Judge of St. Lawrence County, Respondent.—Motion to dismiss proceeding granted, without costs. The proceeding must be dismissed as this court is without jurisdiction to entertain such proceeding *(Matter of Nolan v Lungen,* 61 NY2d 788).

Cross motion for removal of proceeding to the Supreme Court denied, without costs. Main, J. P., Casey, Weiss, Mikoll and Yesawich, Jr., JJ., concur.